UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO: CV-

LORRAINE UZZLE )
)
Plaintiff, )
)
vs. )
) COMPLAINT
STERLING CREDIT CORPORATION ) JURY TRIAL DEMANDED
)
Defendant )

## I. JURISDICTION AND VENUE

1. Jurisdiction of this Court arises out of Defendant's repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. section 1692 *et seq* (hereinafter "FDCPA") which prohibits debt collectors from engaging in abusive, false, deceptive, misleading and unfair practices.

2. Venue is proper in this District because Defendant transacts business within this District, the acts and transactions occurred in this District, and Plaintiff resides in this District.

## II. PARTIES

3. Plaintiff, Lorraine Uzzle, (hereinafter "Plaintiff") is a natural person residing at 100 Gwynmont Cir. North Wales, PA 19454. Because Plaintiff is allegedly obligated to pay a debt that is the subject of this case was primarily used for family, personal or

household purposes, she is a consumer within the meaning of FDCPA, 15 U.S.C. § 1692a(3).

4. Defendant, Sterling Credit Corporation (hereinafter "Sterling" or "Defendant") is, upon information and belief, a professional corporation whose address is listed as 716 N Bethlehem Pike, Suite 301 Ambler, PA 19002 and, at all times relevant herein and is a "debt collector" as the term is defined by 15 U.S.C. § 1692a(6), who acted by and through its owners, managers, officers, shareholders, authorized representatives, partners, employees, agents and/or workmen.

5. Defendant, at all times relevant hereto, is considered a person who used an instrumentality of interstate commerce or the mails in a business the principal purpose of which was the collection of debts, who regularly collected or attempted to collect, directly or indirectly, debts owed or due asserted to be owed or due another, and/or who, in the process of collecting its own debts, used a name other than its own which would indicate that a third person was collecting or attempting to collect such debts.

### III. FACTUAL ALLEGATIONS

6. On or about July 1st, 1995 Plaintiff opened a credit card account with Benchmark Federal Credit Union ("Benchmark").

7. In or about late January 2015 Benchmark sent Plaintiff an account statement for account ending in 3715 ("the Account"), requesting a minimum, monthly payment of $538.00 with a payment due date of February 18, 2015 and a total balance due of $13,456.93. A true and correct copy of the Benchmark letter is attached hereto as Exhibit "A".

8. On or about February 6, 2015, Defendant sent Plaintiff a letter referencing the account and stated, inter alia:

    a. That the account was delinquent;

    b. That the current balance is $17,803.77;

    c. That Plaintiff remit the entire balance in order to avoid the expense and inconvenience of additional collection efforts.

    d. Threaten to report the information to the credit bureaus.

A true and correct copy of the February 6, 2015 letter is attached hereto as Exhibit "B".

9. On or about March 5, 2015, Defendant sent another letter to Plaintiff, demanding the amount of $17,803.77. A true and correct copy of the March 5, 2015 letter is attached hereto as Exhibit "C".

10. Defendant violated the FDCPA by making representations in its letters that are false, deceptive, material, and misleading in that it:

    a. Attempted to require Plaintiff to "remit the entire balance" of $17,803.77 despite the fact that the actual payment due date on the account was February 18, 2015;

    b. Inflated the amount claimed due on the account by $4,346.84 with no legal basis for the additional charges.

    c. Used threatening language in an attempt to coerce Plaintiff to pay the full amount it claimed was due.

11. Based upon the aforestated facts, upon information and belief, Defendant failed to adhere to procedures and/or policies which would prevent violations of the FDCPA.

## IV. VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT ("FDCPA) 15 U.S.C. § 1692, et seq.

12.   Plaintiff incorporates her allegations of paragraphs 1 through 11 as though set forth at length herein.

13.   Defendant's actions as aforestated are false, deceptive, material, and misleading to Plaintiffs as follows:

  (a)   Defendant violated 15 U.S.C. § 1692d by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person;

  (b)   Defendant violated 15 U.S.C. § 1692e by making false, deceptive, or misleading representation or means in connection with the debt collection;

  (c)   Defendant violated 15 U.S.C. § 1692e(2) by misrepresenting the character, amount or legal status of the alleged debt;

  (d)   Defendant violated 15 U.S.C. § 1692e(5) by threatening to take action that cannot legally be taken or that is not intended to be taken;

  (e)   Defendant violated 15 U.S.C. § 1692e(10) by making false representations or using deceptive means to collect to collect the alleged debt;

  (f)   Defendant violated 15 U.S.C. § 1692f by using unfair and unconscionable means to attempt to collect Plaintiff's alleged debt;

  (g)   Defendant violated 15 U.S.C. § 1692f(1) by attempting to collect an amount not authorized by the agreement creating the debt or permitted by law;

Case 2:16-cv-00434-SD   Document 1   Filed 01/28/16   Page 5 of 16

14. As a direct and proximate result of Defendant's illegal collection efforts and communications, Plaintiff has suffered mental anguish, emotional distress, anger, anxiety, and frustration, fear, embarrassment and humiliation.

15. Plaintiff has been seriously damaged by Defendant's violations of the FDCPA and is entitled to actual damages, compensatory damages, costs and attorneys' fees.

16. As a result of the foregoing violations of the FDCPA, Defendant is liable to Plaintiff for actual damages, statutory damages, attorneys' fees and costs in accordance with 15 U.S.C. § 1692k.

### IV. CLAIMS FOR RELIEF

17. Plaintiff incorporates her allegations of paragraphs 1 through 16 as though set forth at length herein.

18. The foregoing acts and omissions of Defendant constitute numerous and multiple violations of the FDCPA including but not limited to each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692, et seq.

19. As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to actual damages pursuant to 15 U.S.C. §1692k(a)(1); statutory damages in amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) from Defendant.

### V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Lorraine Uzzle, prays that judgment be entered against Defendant, Sterling Credit Corporation, for the following:

(1) Actual damages;

(2)     Statutory damages in the amount of $1,000.00;

(3)     Reasonable attorneys' fees and costs;

(4)     Declaratory judgment that the Defendant's conduct violated the FDCPA;

(5)     Such other and further relief that the Court deems just and proper.

## VI. DEMAND FOR JURY TRIAL

Plaintiff is entitled to and hereby respectfully demand a trial by jury.

Respectfully submitted,

_____
Law Office of Michael P. Forbes, P.C.
By: Michael P. Forbes, Esquire
Attorney for Plaintiff
Attorney I.D. #55767
200 Eagle Road
Suite 50
Wayne, PA 19087
(610) 293-9399
(610) 293-9388 (Fax)
michael@mforbeslaw.com

# Exhibit "A"

4

**Benchmark** Federal Credit Union

Cardholder Name: CHAUNCEY UZZLE / LORRAINE B UZZLE
Account Number: XXXX-XXXX-XXXX-3715
VISA
Page 1 of 2

You are a valued member! Thank you for allowing us the opportunity to serve you.

### Account Information

| | |
|---|---|
| Statement Closing Date | 01/23/2015 |
| Credit Limit | $15,000.00 |
| Available Credit | NONE |
| Cash Credit Limit | $15,000.00 |
| Available Cash | $0.00 |
| Past Due Amount | $268.00 |

### Account Summary

| | |
|---|---|
| Previous Balance | $13,397.82 |
| − Payments | $0.00 |
| − Other Credits | $169.59 |
| + Purchases | $120.57 |
| + Cash Advances | $0.00 |
| + Other Debits | $0.00 |
| + Fees Charged | $0.00 |
| + Interest Charged | $108.13 |
| = New Balance | $13,456.93 |

### Payment Information

Payment Due Date: 02/18/2015
Minimum Payment Due: $538.00
New Balance: $13,456.93

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $15.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. The table is based on your standard minimum payment and does not include any past due and overlimit amounts. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 28 Years | $22,413.00 |
| $434.00 | 3 Years | $15,609.00 (Savings = $6,804.00) |

If you would like information about credit counseling services, call 1-866-585-6322.

### Transactions

| Post Date | Trans Date | Reference | Description | Amount |
|---|---|---|---|---|
| 01/02 | 01/01 | 2416407012LR8H27B | TARGET 00011593 NORTH WALES PA | $5.33 |
| 01/02 | 01/01 | 7416407012LRQAZ8G | TARGET 00011593 NORTH WALE CREDIT | $169.59- |
| 01/06 | 01/04 | 244273305LM7M7MG6 | REDNERS MKTS #63 NORTH WALES PA | $61.56 |
| 01/11 | 01/08 | 244273309LM7MA57Z | REDNERS MKTS #63 NORTH WALES PA | $32.47 |
| 01/13 | 01/12 | 244431060DR791LFEQ | JCPENNEY.COM 800-221-0827 OH | $21.21 |

### Fees

| | |
|---|---|
| TOTAL FEES FOR THIS PERIOD | $0.00 |

✓ Remit Payment to:
BENCHMARK FCU
PO BOX 37603 PHILADELPHIA PA 19101-0603

Mail Inquiries To:
CUSTOMER SERVICE P.O. BOX 31112 TAMPA, FLORIDA 33631-3112

Questions?
Call Customer Service: 866-820-5836
Lost or Stolen Card: 800-449-7728

We appreciate your membership!

Detach the bottom portion and return payment using enclosed envelope to be received no later than by 5:00 p.m. on the due date. Please use blue or black ink.

BENCHMARK FCU
1522 MCDANIEL DRIVE
WEST CHESTER PA 19380

Account Number: XXXX-XXXX-XXXX-3715
New Balance: $13,456.93
Minimum Payment Due: $538.00

Payment Due Date: February

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

Please include your account number on your check.

Amount Enclosed $

☐ New address, phone number or e-mail?
Check the box to the left and print changes on back.

CHAUNCEY UZZLE
LORRAINE B UZZLE
100 GWYNMONT CIR
NORTH WALES PA 19454-1819

99215

VISA
PO BOX 37603
PHILADELPHIA PA 19101-0603




**VISA** — Page 2 of 2

**Cardholder Name**
CHAUNCEY UZZLE
LORRAINE B UZZLE

**Account Number**
XXXX-XXXX-XXXX-3715

## Transactions (continued)

| Post Date | Trans Date | Reference | Description | Amount |
|---|---|---|---|---|
|  |  |  | Interest Charges |  |
| 01/23 | 01/23 |  | Interest Charge on Purchases | $108.13 |
| 01/23 | 01/23 |  | Interest Charge on Cash Advances | $0.00 |
|  |  |  | **TOTAL INTEREST FOR THIS PERIOD** | $108.13 |

THIS IS JUST A REMINDER THAT YOUR ACCOUNT IS PAST DUE. IF YOU HAVE MAILED YOUR PAYMENT, PLEASE DISREGARD THIS NOTICE. THANK YOU.

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

TOTAL "FINANCE CHARGE" BILLED IN 2014    $1455.07

YOU'VE EARNED A CASHBACK REBATE OF    10.64

### 2015 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2015 | $0.00 |
| Total interest charged in 2015 | $108.13 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | APR % | Balance Subject To Interest Rate | Interest Charge | Remaining Balance |
|---|---|---|---|---|
| Purchases | 9.90% | $3,383.13 | $27.72 | $3,460.27 |
| PROTECTED BALANCE PURCHASES | 9.90% | $9,747.52 | $80.41 | $9,998.66 |
| Cash Advances | 9.90% | $0.00 | $0.00 | $0.00 |

Days in Billing Cycle: 30
See reverse side of page one for explanation of Interest Charge calculation. Credit Purchases calculated using Method G. Cash Advance Charges calculated using Method F.

# Exhibit "B"

2

STERLING CREDIT CORPORATION
PO BOX 675
SPRING HOUSE, PA 19477
800-352-3568

February 6, 2015

LORRAINE UZZLE
100 GWYNMONT CIR
NORTH WALES, PA 19454

RE:   CREDITOR: BENCHMARK FCU
      CREDITOR ACCT NUMBER: ▓▓▓▓▓8715
      CURRENT BALANCE: $17,803.77
      STERLING ACCT NUMBER: 74349

DEAR LORRAINE UZZLE:

PLEASE BE ADVISED THAT YOUR DELINQUENT ACCOUNT HAS BEEN PLACED IN OUR OFFICE FOR COLLECTION. TO AVOID THE EXPENSE AND INCONVENIENCE OF ADDITIONAL COLLECTION EFFORTS, PLEASE REMIT THE ENTIRE BALANCE DUE IN THE ENCLOSED ENVELOPE. MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO STERLING CREDIT CORPORATION. ONLINE PAYMENTS CAN BE MADE ONLINE AT WWW.PAYSTERLING.COM IF YOU HAVE ANY QUESTIONS, PLEASE CALL (215) 793-4600 OR 1-800-352-3568.

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNTS MAY BE REFLECTED IN YOUR CREDIT REPORT.

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE, THIS OFFICE WILL: OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CREDITOR.

SINCERELY,

DAVE FISHER
DEBT COLLECTOR

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT; ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.





# Exhibit "C"

**STERLING CREDIT CORPORATION**
**PO BOX 675**
**SPRING HOUSE PA 19477**
**800-352-3568**

March 5, 2015

LORRAINE UZZLE
100 GWYNMONT CIR
NORTH WALES, PA 19454

RE:    CREDITOR:           BENCHMARK FCU
       OUTSTANDING BALANCE:  $17,803.77
       ACCOUNT NUMBER:      74349

TO MAKE ONLINE PAYMENT PLEASE VISIT WWW.PAYSTERLING.COM

DEAR LORRAINE UZZLE:

NOW IS THE PERFECT OPPORTUNITY TO RESOLVE YOUR OUTSTANDING CREDIT OBLIGATIONS AND IMPROVE YOUR CREDIT STATUS. USE YOUR TAX REFUND TO SAVE MONEY, AT THIS TIME WE WOULD LIKE TO DISCUSS THE POSSIBILITY OF MAKING A SETTLEMENT ON YOUR ACCOUNT. IN ORDER TO TAKE ADVANTAGE OF THIS OPPORTUNITY YOU MUST CONTACT OUR OFFICE WITH IN THE NEXT TEN (10) DAYS.

WE LOOK FORWARD TO HEARING FROM YOU.

SINCERELY,

DAVE FISHER
DEBT COLLECTOR

PLEASE VISIT OUR WEBSITE WWW.PAYSTERLING.COM TO MAKE ONLINE PAYMENT.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT; ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

---

PAY BY PHONE

*NO NEED TO WRITE CHECKS      *NO NEED FOR STAMPS OR ENVELOPES

THE PAY-BY-PHONE PROGRAM IS A BANK DRAFT ON YOUR CHECKING ACCOUNT THAT WILL BE DEPOSITED ON THE DAY YOU CHOOSE FOR THE AMOUNT WE BOTH AGREE UPON.

CALL NOW 1-800-352-3568

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
LORRAINE B UZZLE

### DEFENDANTS
STERLING CREDIT CORPORATION

**(b)** County of Residence of First Listed Plaintiff  MONTGOMERY
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  MONTGOMERY
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
The Law Offices of Michael P. Forbes PC
200 Eagle Road
Suite 50
Wayne PA 19087
(610) 293-9399

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
FDCPA 15 U.S.C §1692
Brief description of cause:
Debt Collection

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE 1/28/16
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE MANAGEMENT TRACK DESIGNATION FORM

Lorraine B Uzzle  :  CIVIL ACTION
v.
Sterling Credit Corporation  :  NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.  ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.  ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.  (X)

1/28/16         Michael P. Forbes         Lorraine B Uzzle
Date            Attorney-at-law           Attorney for
610-293-9399    610-293-9388              michael@mforbeslaw.com
Telephone       FAX Number                E-Mail Address

(Civ. 660) 10/02

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 100 Gwynmont Cir. North Wales PA 19454

Address of Defendant: 716 N Bethlehem Pike, Suite 301 Ambler PA 19002

Place of Accident, Incident or Transaction: 100 Gwynmont Cir. North Wales PA 19454
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐   No☒

Does this case involve multidistrict litigation possibilities?   Yes☐   No☒

RELATED CASE, IF ANY:
Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases*:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) FDCPA 15 U.S.C. section 1692

B. *Diversity Jurisdiction Cases*:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

### ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, Michael P. Forbes, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☒ Relief other than monetary damages is sought.

DATE: 1/28/16    _____    55767
                 Attorney-at-Law            Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 1/28/16    _____    55767
                 Attorney-at-Law            Attorney I.D.#

CIV. 609 (5/2012)